UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAKOP JACK MELKONYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER STEPHEN SANTIAGO, et al.,<br><br>    Defendants. | No. CV 17-628 CJC (AJW)<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: November 27, 2017

Cormac J. Carney
United States District Judge